McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ESTANISLAO CABRERA-FRANCISCA,<br><br>    Defendant. | CASE NO. 1:18-CR-00230-LJO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 18, 2019<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for change of plea hearing on March 18, 2019.

2.      By this stipulation, defendant now moves to continue the change of plea hearing until March 25, 2019, and to exclude time between March 18, 2019, and March 25, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      Counsel for the defendant is not available on the date originally set for the change of plea hearing due to a family medical emergency out of state.

        b)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

       c)      The government does not object to the continuance.

       d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2019 to March 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  March 11, 2019                  McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ LAUREL J. MONTOYA
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney


Dated:  March 11, 2019                  /s/ VIRNA L. SANTOS
                                    VIRNA L. SANTOS
                                    Counsel for Defendant
                                    ESTANISLAO CABRERA-
                                    FRANCISCA

**FINDINGS AND ORDER**

It is so found.

IT IS SO ORDERED.

Dated:   **March 12, 2019**                    **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE